Case 2:20-cv-04393-LDH-AYS   Document 29   Filed 10/26/21   Page 1 of 1 PageID #: 151

Clerk's Office
Filed Date:
10/26/2021
U.S. DISTRICT
COURT-EDNY
BROOKLYN
OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL FILIPPONE,

                              Plaintiff,

-against-

ABOFF'S, INC., and MICHAEL ABOFF,

                              Defendants.

------------------------------------------------------------------------ x

**STIPULATION**

20 Civ. 4393 (LDH) (AYS)

**IT IS HEREBY STIPULATED AND AGREED,** by and among the parties as represented below, that the above-captioned proceeding be, and it hereby is, dismissed in its entirety, with prejudice, and without costs, fees, or disbursements to any party.

| | |
|---|---|
| **LAW OFFICE OF PETER A. ROMERO, PLLC**<br>Attorneys for Plaintiff<br>490 Wheeler Road, Suite 250<br>Hauppauge, New York 11788 | **GORDON REES SCULLY MANSUKHANI, LLP**<br>Attorney for Defendants<br>One Battery Park Plaza, 28th Floor<br>New York, New York 10004 |
| By: _/s/ David Barnhorn_<br>David D. Barnhorn<br>Peter A. Romero | By: _Christopher Coyne_<br>Christopher Coyne<br>Digitally signed by: Christopher Coyne<br>DN: CN = Christopher Coyne email = ccoyne@grsm.com C = US O = Gordon Rees Scully Mansukhani, LLP OU = GRSM<br>Date: 2021.10.12 16:53:27 -04'00' |

**SO ORDERED:**

s/ LDH                 10/26/2021
_____
**Honorable LaShann DeArcy Hall, USDJ**
**Eastern District of New York**